UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  SHANE MCCLUNG
        AIMEE MCCLUNG
        163 JACARANDA DR
        BATTLE CREEK, MI 49015

CASE NO: DK-07-00503  *02A*
Chapter 13
HON. SCOTT W. DALES
Filed: Jan 25, 2007

## NOTICE OF UNCLAIMED FUNDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $5,500.67 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(A). I have checked the current matrix of creditors on file with the Clerk of the Court and find no change of address for the creditor(s) listed below.

The name(s) and last known address(es) of the creditor(s) entitled to these unclaimed dividends is (are) follows:

**CREDITOR NAME:** BANK OF AMERICA

**LAST KNOWN CREDITOR ADDRESS:** ATTN: BANKRUPTCY DEPT
PO BOX 53160
PHOENIX AZ 85072-3160

Date: Aug 02, 2010                    TRUSTEE: BARBARA P. FOLEY

---

UNITED STATES
BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 241759   -- DR

August 04, 2010
14:45:22

UNCLAIMED FUNDS
07-00503

Debtor.: SHANE MCCLUNG
Amount.:                $5,500.67 CH
Check#.: 1005582

Total-> $5,500.67

FROM: BARBARA FOLEY